# United States District Court

For the Southern District of Texas
Houston Division

United States Courts
Southern District of Texas
FILED
OCT 01 2002
Michael N. Milby, Clerk
C.H.

Robert Jerome Jackson

(Enter above the full name of the plaintiff or plaintiffs in this action.)

vs .

William Scott
Galveston Municipal Police Department
City of Galveston

(Enter above the full name of the defendant in this action.)

Civil Action No. H-02 3667

Complaint for Violation of Civil Rights Pursuant to 42 USC § 1983
(For use in prisoner litigation)

Note: The clerk will not file your complaint unless it conforms to these forms and the instructions for filing which you were provided. Consult the instructions as you prepare your complaint.

DO NOT leave blanks on these forms.If an item is not applicable, state so or write "N/A". Be aware that you may be subject to penalties or sanctions by the Court (such as dismissal and assessment costs) for perjury.
*****************************************************************

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?
Yes ( ) No (X)

B. Have you begun other lawsuits in state or federal court relating to your conditions of confinement?
Yes ( ) No (X)

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more that one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit
Plaintiffs: N/A
Defendants:

2. Court (If federal court, name the district; if state court, name the county):
N/A

Item C (continued)

3. Docket number: N/A

4. Name of Judge to whom case was assigned: N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? N/A

6. Approximate date of filing lawsuit: N/A

7. Approximate date of disposition: N/A

Use additional page(s) for other lawsuits. Provide the same type information as you did above for each.

II. Place or Institution where this complaint occurred 2200 block of 29th Street Galveston, Texas 77550

A. Is there a prisoner grievance procedure in this institution?
Yes ( ) No (✗) ~~N/A~~ N/A

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure.
Yes ( ) No (✗) N/A

C. If your answer is Yes: N/A
1. What steps did you take:
2. What was the results?

D. If your answer is No, explain why not: N/A

E. If you are an inmate in the Texas Department of Corrections and your com-Plaint relates to your confinement there, have you interviewed with an attorney form the Inmate Legal Services Project of the State Bar of Texas?
Yes ( ) No ( ) N/A

F. If your answer is No, explain why not: N/A

III. Parties to the Lawsuit

A. Name of Plaintiff : Robert Jerome Jackson
Inmate Number : 150143
Institution/Unit of confinement: Galveston County Jail

B. Additional Plaintiff (s) (if any). In this space, provide the same type of information as requested in "A" above.

C. Name of Defendant: William Scott
Official Position (employed as): Galveston Police Officer
Place of Employment: Galveston Municipal Police Dept.
Address for service: 823-Rosenberg Galveston Texas 77550

D. Additional Defendant (if any):
Name of Defendant: Galveston Municipal Police Dept
Official Position (employed as): City Police
Place of Employment: Galveston Texas
Address for service: 823-Rosenberg-Galveston TX. 77550

Name of Defendant: The city of Galveston
Official Position (employed as): N/A
Place of Employment: N/A
Address for service: 823-Rosenberg Gal. TX. 77550

Use additional page to list other defendants. Provide the same type of information as you did above for each.

IV. Statement of Claim:
State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On July 2nd, 2002. As I was being arrested. Officer William Scott used unnecessary force. The said officer slammed me against a truck. I was hand cuffed at the time. Injuring my left shoulder. He is employed by the City of Galveston Municipal Police Dept. A municipality of the city of Galveston. There fore rendering both defendants liable for his actions.

Item IV. (continued) Additional space for "Statement of Claim":

V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

First and Foremost I would like any and all medical expenses to be taken care of. I would like an ~~the~~ investigation into the Galveston Police Department. I would like an interview with one of the investigators. I would like a restraining order. To prohibit any harrassment as a form of retaliation by William Scott or any of his peers. I would like $200,000.00 for my pain, suffering, and mental anguish. I would $500,000.00 punitive damages.

VI. Verification: (Must be provided by each plaintiff.)
I declare under penalty of perjury that the foregoing is true and correct.
Executed on 9-29-02. Robert Jackson
(Date) (Signature of Plaintiff)